IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

JEAN PRECIL
LIZETTE PRECIL

CASE NO. 6:10-BK-21124-ABB
CHAPTER 7

Debtor(s)

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came for consideration upon the Motion for Relief From Stay filed by U.S. BANK, NATIONAL ASSOCIATION (Document No. 16). No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

1. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property:

05NL19287

LOT 7, AZALEA PARK SECTION 30, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK X, PAGE (S) 27, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

By Virtue of that certain Warranty Deed recorded 12/31/2002 in Official Records Book 6725, Page 395, Public Records of Orange County, Florida

Tax Id:

A/K/A 814 EGAN DR. ORLANDO, FL 32822

2. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant to obtain an <u>in rem</u> judgment against the property, and that Movant shall not obtain an <u>in personam</u> relief against the Debtor(s).

DONE AND ORDERED in Orlando, Florida, on February 25, 2011.



_____
Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to:
U.S. BANK, NATIONAL ASSOCIATION
c/o Joshua D. Donnelly
9204 King Palm Drive
Tampa, FL 33619-1328

JEAN PRECIL
814 EGAN DRIVE
ORLANDO, FL 32822

LIZETTE PRECIL
814 EGAN DRIVE
ORLANDO, FL 32822

CARL GRIFFIN, ESQUIRE
2223 CURRY FORD ROAD
ORLANDO, FL 32806

GEORGE MILLS, TRUSTEE
PO BOX 995
GOTHA, FL 34734

UNITED STATES TRUSTEE
135 WEST CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801